JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDMOND NEAL,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RARN ENTERPRISES, LLC; and DOES 1 to 10,**<br><br>**Defendants.** | **Case No.: 2:26-cv-06531-PA-PVCx**<br>Assigned to Percy Anderson<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: November 02, 2026

Percy Anderson
United States District Judge